DOA 10-12-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Aguilar Lopez,<br>a.k.a.: Jose Aguilar-Lopez,<br>a.k.a.: Jose Alguilar Lopez,<br>a.k.a.: JAL,<br>(A205 251 328)<br>*Defendant* | )<br>)<br>) Case No. 17-8432MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 12, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Aguilar Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about October 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 13, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 12, 2017, Jose Aguilar Lopez was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Aguilar Lopez was examined by ICE Officer B. Fitzgerald who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 12, 2017, Aguilar Lopez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Aguilar Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Aguilar Lopez to be a citizen of Mexico and a previously deported criminal alien. Aguilar Lopez was removed from the United States to Mexico at or near Eagle Pass, Texas, on or about October 17, 2015, pursuant

to the reinstatement of an order of removal issued by an immigration official. There is no record of Aguilar Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Aguilar Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Aguilar Lopez was convicted of Transportation of Illegal Aliens for Profit, a felony offense, on March 3, 2015, in the United States District Court, District of Arizona. Aguilar Lopez was sentenced to twelve (12) months' imprisonment and three (3) years' supervised release. Aguilar Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 12, 2017, Jose Aguilar Lopez was advised of his constitutional rights. Aguilar Lopez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Aguilar Lopez stated that his true and complete name is "JAL," and that he is a citizen of Mexico. Aguilar Lopez stated that he entered the United States on or about "7 anos," at or near "la caborca," without inspection by an immigration officer.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 12, 2017, Jose Aguilar Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Eagle

Pass, Texas, on or about October 17, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 13th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge